UST-32, 3-99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STEVENS, JEREMIAH W.<br>STEVENS, REBECCA MARIE<br><br>               Debtor(s) | ) Chapter 7<br>)<br>) Case No. 08-02300 PHX CGC<br>)<br>) APPLICATION FOR PAYMENT OF<br>) UNCLAIMED FUNDS TO<br>) U.S. BANKRUPTCY COURT<br>) |

     Roger W. Brown, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | DEBTORS NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 101 | 11/03/2009 | JEREMIAH & REBECCA STEVENS<br>19320 EAST VIA DEL PALO<br>QUEEN CREEK, AZ 85242 | $256.46 |

     The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 256.46 to the Clerk of the Court to be deposited in the Registry thereof.

June 10, 2010                                     /s/ Roger W. Brown
Date                                                      Roger W. Brown, Trustee